Same case below, 406 Fed. Appx. 280.

**No. 10-10796. Martez Lamont Williams, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 5956.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 413 Fed. Appx. 938.

**No. 10-10797. Roshon Thomas, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6515.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 186.

**No. 10-10798. Jose Antonio Oropeza, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6541.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10799. Janet L. Mora, Petitioner v. Mary Lattimore, Warden.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6031.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 975.

**No. 10-10801. Richard Anthony Bivona, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6153.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 807.

**No. 10-10802. Guido Bravatti, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6227.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 182.

**No. 10-10803. Malden O. Battle, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 85, 2011 U.S. LEXIS 6193.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 637 F.3d 44.